**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RICARDO I LOPEZ, JR.                                Chapter 13

                    Debtor                    Bankruptcy No. 19-16099-AMC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

**AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to provide an appropriate contribution affidavit as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to provide required documentation as to depository and investment accounts as required by Bankruptcy Rule 4002(b)(2)(B).

Debtor(s) has/have failed to file amended schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                Respectfully submitted,

                                   /s/ William C. Miller
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee